```
                        UNITED STATES DISTRICT COURT
                           DISTRICT OF NEW JERSEY


_____
                                    :
RICARDO RIVAS, JR.,                 :
                                    :
           Petitioner,              :    Civ. No. 18-3702 (NLH)
                                    :
     v.                             :    MEMORANDUM OPINION
                                    :
UNITED STATES OF AMERICA,           :
                                    :
           Respondent.              :
_____:
```

It appearing that:

1. <u>Pro</u> <u>se</u> Petitioner Ricardo Rivas, Jr., a prisoner confined at the United States Penitentiary at Hazelwood in Bruceton Mill, West Virginia, seeks to file a motion to vacate, set aside, or correct sentence pursuant 28 U.S.C. § 2255. ECF No. 1.

2. Local Civil Rule 81.2 provides:

> Unless prepared by counsel, . . . motions under 28 U.S.C. § 2255 shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).

3. Petitioner did not use the form supplied by the Clerk for section 2255 motions, <u>i.e.</u>, AO243 (modified): DNJ-Habeas-004 (Rev. 01-2014).

4. As a result, the Court will administratively terminate this matter. If Petitioner wishes to reopen this case, within

30 days, he must submit a complete, signed motion on the correct form.

    5.   An appropriate order follows.

Dated: March 19, 2018                    s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.